UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIN C. WEBER,

        Plaintiff,

Case No. 02-74602

vs.

HON. GEORGE CARAM STEEH

INFINITY BROADCASTING CORP.
et al.,

        Defendants.
_____/

## ORDER OF STAY

On June 2, 2005, defendants filed a motion for stay pending disposition of post-judgment motions pursuant to Fed. R. Civ. P. 62(b).  By operation of Fed. R. Civ. P. 62(a) and 6(a), an automatic stay is currently in place with regard to the judgment, through June 7, 2005.  On June 6, 2005 plaintiff's counsel informed the court that it would be filing an opposition to defendants' motion for stay.  Now, therefore,

IT IS HEREBY ORDERED that a stay be entered pending receipt of plaintiff's response, and the court's consideration of the merits of the pleadings.

        s/George Caram Steeh
        GEORGE CARAM STEEH
        UNITED STATES DISTRICT JUDGE

Dated:  June 6, 2005

### CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 6, 2005, by electronic and/or ordinary mail.

        s/Josephine Chaffee
        Secretary/Deputy Clerk