UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIN C. WEBER,

        Plaintiff,

                          Case No. 02-74602

vs.

                          HON. GEORGE CARAM STEEH

INFINITY BROADCASTING CORP.
et al.,

        Defendants.
_____/

## ORDER CONTINUING TEMPORARY STAY

On June 6, 2005, the court entered an order of stay, temporarily staying execution of the judgment in this case. The court has now received and considered plaintiff's response and supplemental response, and defendant's reply, to defendant's motion for stay pending disposition of post-judgment motions. Now, therefore,

IT IS HEREBY ORDERED that the temporary stay is continued.

The court may revise this order to require the filing of a stay bond following its initial review of the motions challenging the verdict. At this time it appears obvious that the $7 million punitive damage award cannot exceed the statutory maximum of $300,000.00. In fact, it appears doubtful that the court will find sufficient evidentiary support for an award of punitive damages. Furthermore, the economic loss damages appear to have a questionable relationship to the evidence.

It is so ordered.

                                            s/George Caram Steeh
                                            GEORGE CARAM STEEH
                                            UNITED STATES DISTRICT JUDGE

Dated: June 21, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on June 21, 2005, by electronic and/or ordinary mail.

                                        s/Josephine Chaffee
                                        Secretary/Deputy Clerk