UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIN C. WEBER,

        Plaintiff,

                                      Case No. 02-74602

vs.

                                      HON. GEORGE CARAM STEEH

INFINITY BROADCASTING CORP.
et al.,

        Defendants.
_____/

## ORDER GRANTING DEFENDANTS' MOTION TO AMEND JUDGMENT

      This matter comes before the court on defendants' motion to amend judgment pursuant to Fed. R. Civ. P. 59(e). The court has considered and granted several post-verdict motions, which resulted in the entry of an amended judgment, for the reasons set forth in the court's order granting in part defendants' motion for judgment as a matter of law, granting defendants' motion for remittitur and denying defendants' motion for new trial and granting plaintiff's motion for attorney fees and costs with the amount of such fees and costs to be determined. Now, therefore,

      IT IS HEREBY ORDERED that defendants' motion to amend judgment is GRANTED.

                                              s/George Caram Steeh
                                              GEORGE CARAM STEEH
                                              UNITED STATES DISTRICT JUDGE

Dated: December 14, 2005

CERTIFICATE OF SERVICE

Copies of this Order were served on the attorneys of record on December 14, 2005, by electronic and/or ordinary mail.

                                                s/Josephine Chaffee
                                                Secretary/Deputy Clerk