UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIN C. WEBER,

        Plaintiff,

vs.

INFINITY BROADCASTING CORP.
et al.,

        Defendants.
_____/

Case No. 02-74602

HON. GEORGE CARAM STEEH

## AMENDED JUDGMENT

The above entitled matter has come before the court on defendants' motions for judgment as a matter of law and remittitur, as well as plaintiff's motion for attorney fees and costs, and in accordance with the court's order granting those motions entered December 14, 2005,

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff, and the original judgment is amended as follows:

Past damages for lost compensation and benefits is awarded to plaintiff in the amount of $514,000.00

Future damages for lost compensation and benefits, past and future damages for mental anguish and emotional distress, and punitive damages are awarded to plaintiff in the amount of $300,000.00.

Attorney fees and costs are awarded to plaintiff, with the exact amount to be determined at a later date.

                DAVID J. WEAVER
                CLERK OF THE COURT

                BY: s/Josephine Chaffee
                     DEPUTY COURT CLERK

Dated: December 14, 2005
       Detroit, Michigan