UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ERIN C. WEBER,

        Plaintiff,

                                                      Case No. 02-74602

vs.

                                                      HON. GEORGE CARAM STEEH

INFINITY BROADCASTING CORP.
et al.,

        Defendants.
_____/

## SECOND AMENDED JUDGMENT

The above entitled matter has come before the court on defendants' motion to vacate or alter amended judgment [document 146] and plaintiff's acceptance of remittitur [document 156]. In accordance with plaintiff's acceptance of remittitur, as outlined in the court's order dated February 7, 2006 [document 155],

IT IS ORDERED AND ADJUDGED that judgment hereby is GRANTED in favor of plaintiff, and the amended judgment is further amended as follows:

Past damages for lost compensation and benefits is awarded to plaintiff in the amount of $300,000.00

Future damages for lost compensation and benefits is awarded to plaintiff in the amount of $625,240.

Punitive damages, and past and future damages for mental anguish and emotional distress, are awarded to plaintiff in the amount of $300,000.00.

Attorney fees are awarded to plaintiff in the amount of $412,375.87.

The Bill of Costs submitted by plaintiff is approved in the amount of $4,330.10.

Other costs for the pre-trial and trial period are approved in the amount of $7,101.14.

Plaintiff is entitled to interest on this judgment as provided by law.

This judgment is final and appealable.

                    DAVID J. WEAVER
                    CLERK OF THE COURT

                    BY: s/Josephine Chaffee
                          DEPUTY COURT CLERK

Dated: February 27, 2006
       Detroit, Michigan